UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

    -against-

Stephanie Hannon,

                Defendant.

---

7:21-MJ-11306(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on January 27, 2022. The Court thereafter accepted the Defendant's plea of guilty to Reckless Driving, in violation of § 1212 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed November 24, 2021, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $300.00 by February 17, 2022 or appear before this Court on February 18, 2022 at 9:00 a.m. to explain why the fine has not been paid.

Dated: Sept 6, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge